**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01210-CV

### IN THE INTEREST OF E.A.D.P., J.T.C.P., AND C.E.P., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55004-2010**

## ORDER

We **GRANT** the October 30, 2015 motion of court reporter Shawn Gant for an extension of time to file the reporter's record **TO THE EXTENT** that the reporter's record shall be filed by **MONDAY, NOVEMBER 30, 2015**. *See* TEX. R. APP. P. 35.3(c).

/s/     ELIZABETH LANG-MIERS
           JUSTICE